IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| ALTNETTIA GASSAWAY., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 23-00865-CV-W-BP |
| TWIN CITY FIRE INSURANCE CO., | ) | |
| Defendant. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 6th day of June 2024, a Notice of Voluntary Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice against Defendant Twin City Fire Insurance Company.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: June 6, 2024